HUGH MARKHAM V. THE STATE.

No. 19178. Delivered November 10, 1937.

The opinion states the case.

*Leo Darley,* of Dallas, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

HAWKINS, JUDGE.—Conviction is for theft of an auto over the value of fifty dollars, punishment being assessed at two years in the penitentiary.

Appellant entered a plea of guilty. The State's evidence supports the plea. No evidence was offered by appellant. No bills of exception are brought forward.

The judgment is affirmed.

*Affirmed.*